# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Southern Division)

| | |
|---|---|
| SANDRA BLOOM | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | * Case No: 1:10-CV-02170-BEL |
| DEPUY ORTHOPAEDICS, INC. | * |
| | * |
| | * |
| Defendant | * |

## PLAINTIFF'S STATEMENT UNDER RULE 26(b)(4)

Comes now the Plaintiff, Sandra Bloom, by and through her attorneys, Michael J. Winkelman and McCarthy, Winkelman & Morrow, L.L.P., and pursuant to Federal Rule of Civil Procedure 26(b)(4), and states that she intends to call the following as an expert witnesses.

### Preliminary Statement

The language employed in this designation of experts is that of counsel and not of the individual expert witness. This designation represents counsel's attempt to synthesize and summarize the opinions that have been expressed and will be expressed by these experts. Unless otherwise indicated, no reports have been prepared by these experts other than the medical records prepared for treatment of the individual as well as any and all letters expressing opinions in this matter. The Plaintiff reserves the right to supplement this designation as litigation continues.

McCARTHY,
WINKELMAN,
& MORROW,
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

1. Dr. Paul King
   Anne Arundel Orthopedic Surgeons
   2003 Medical Parkway, Suite 400
   Annapolis, MD 21401

Dr. King is an orthopedist who has treated Ms. Bloom for the injuries she has received in this incident. It is anticipated Dr. King will testify consistent with his medical records. His opinions will be based upon his experience, training, physical evaluations of Ms. Bloom and evaluations of the diagnostic tests and reports of radiologists regarding those diagnostic tests. Dr. King is anticipated to testify as to the fairness, reasonableness and causal relationship of all medical treatment Ms. Bloom received as a result of the incident of February 11, 2008.

The parties are in the process of scheduling Dr. King's deposition. It is anticipated Dr. King will fully set forth all opinions at the time of deposition. Those opinions are expected to include, but not be limited to, opinions that the product in question failed to perform in the manner it was designed to perform and in the manner similar products had performed in the past. The specific deficiencies are set forth in his operative report and subsequent medical records which have been previously provided.

It is further anticipated Dr. King will testify he notified the Defendant regarding the defect and that the Defendant acknowledged the correspondence from Dr. King and further advised Dr. King, through written letter, changes had been made to the product to prevent this issue from happening to future patients.

The Plaintiff reserves the right to supplement this expert designation as discovery continues. The Plaintiff specifically reserves the right to call any and all treating physicians to testify regarding the causal relationship between the product failure and her related medical

McCARTHY,
WINKELMAN,
& MORROW,
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

complications including but not limited to embolism, infection, physical therapy and nerve damage.

The Plaintiff further reserves the right to call any and all employees, agents and or individuals involved in the manufacture, design, testing and "redesign" of the product in question.

                                  McCARTHY, WINKELMAN & MORROW, L.L.P.

By: _____
      Michael J. Winkelman, Bar No.: 13815
      One Town Center
      4201 Northview Drive, Suite 410
      Bowie, Maryland   20716-2668
      (301) 262-7422
      Attorney for Plaintiff

McCARTHY,
WINKELMAN,
& MORROW,
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of September, 2011, a copy of the foregoing was served via e-delivery to:

Richard Barnes, Esquire
Michael Wasicko, Esquire
Derek Stikeleather, Esquire
One South Street, 20th Floor
Baltimore, Maryland 21202

_____
Michael J. Winkelman

MCCARTHY,
WINKELMAN,
& MORROW,
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562